# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2014

## NO. 03-12-00559-CV

**T & V Optimum, LLC d/b/a Optimum Steel Industries, Appellant**

**v.**

**Andrew Romero d/b/a Romero Inspection and Fabrication, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES FIELD AND ABOUSSIE*
## AFFIRMED -- OPINION BY JUSTICE ABOUSSIE

This is an appeal from the judgment signed by the trial court on August 13, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).